**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| JEFFREY J. FARNWORTH,<br><br>        Plaintiff,<br><br>v.<br><br>SEACORP, LLC<br>alias<br><br>        Defendant. | Civil Action No. 1:25-cv-00048 |

## STIPULATION OF EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendant, that the date by which Defendant SEACORP, LLC, must respond to the Complaint is hereby extended to June 23, 2025.

Respectfully Submitted,

| JEFFREY J. FARNWORTH, | SEACORP, LLC, |
|---|---|
| By his attorneys, | By their attorneys, |
| */s/ Joshua D. Xavier* | */s/ Robert H. Morsilli* |
| Joshua D. Xavier, Esq. (#9456) | Robert H. Morsilli. Esq. (#7999) |
| Danilo A. Borgas, Esq. (#9403) | Jackson Lewis, P.C. |
| Sinapi Law Associates, Ltd. | 75 Park Plaza, 4th Floor |
| 2374 Post Road, Suite 201 | Boston, MA 02116 |
| Warwick, RI 02886 | (617) 305-1272 |
| (401) 739-9690 | Robert.morsilli@jacksonlewis.com |
| jdx@sinapilaw.com |  |
| dab@sinapilaw.com |  |

Dated: June 13, 2025