AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | |
|---|---|
| Jeffrey J. Farnworth | ) |
| *Plaintiff* | ) |
| v. | )     Case No.     1:25-cv-00048-WES-PAS |
| Seacorp, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Seacorp, LLC                                                                                                                    .

Date:    06/13/0225

*Attorney's signature*

Robert H. Morsilli, Esq.
*Printed name and bar number*
JACKSON LEWIS P.C.
75 Park Plaza - 4th Floor
Boston, MA 02116

*Address*

Robert.Morsilli@JacksonLewis.com
*E-mail address*

(617) 367-0025
*Telephone number*

*FAX number*