**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JEFFREY J. FARNWORTH,** | : | |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | **C.A. No. 25-cv-00048-WES-PAS** |
| | : | |
| **SEACORP, LLC,** | : | |
| *Defendants* | : | |

**ENTRY OF APPEARANCE**

I, **Jonathan C. Sanders, Esq., of Sinapi Law Associates, Ltd.**, do hereby enter my appearance on behalf of the **Plaintiff, Jeffrey J. Farnworth,** in the above-captioned matter.

Respectfully Submitted,
Plaintiff,
By his attorneys,
**SINAPI LAW ASSOCIATES, LTD.**

**Dated: July 8, 2025**

/s/Jonathan C. Sanders
**Jonathan C. Sanders, Esq. (#11040)**
2374 Post Road, Suite 201
Warwick, RI 02886
Phone: (401) 739-9690
FAX: (401) 739-9040
Email: jcs@sinapilaw.com

**CERTIFICATION**

I hereby certify that I have caused to be filed the within with the United States District Court on this **8th day of July, 2025**, and that a copy is available for viewing and downloading via the ECF system and that through the ECF system.

/s/ Jonathan C. Sanders, Esq.