**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| JEFFREY J. FARNWORTH,<br><br>        Plaintiff,<br><br>v.<br><br>SEACORP, LLC<br>alias<br><br>        Defendant. | Civil Action No. 1:25-cv-00048 |

**PROPOSED SCHEDULING ORDER**

Pursuant to the Court's Order dated June 26, 2025, the parties hereby submit their proposed scheduling order attached hereto.

Respectfully Submitted,

| JEFFREY J. FARNWORTH, | SEACORP, LLC, |
|---|---|
| By his attorneys, | By their attorneys, |
| /s/ Joshua D. Xavier | /s/ Robert H. Morsilli |
| Joshua D. Xavier, Esq. (#9456) | Robert H. Morsilli. Esq. (#7999) |
| Danilo A. Borgas, Esq. (#9403) | Jackson Lewis, P.C. |
| Sinapi Law Associates, Ltd. | 75 Park Plaza, 4th Floor |
| 2374 Post Road, Suite 201 | Boston, MA 02116 |
| Warwick, RI 02886 | (617) 305-1272 |
| (401) 739-9690 | Robert.morsilli@jacksonlewis.com |
| jdx@sinapilaw.com | |
| dab@sinapilaw.com | |

Dated: July 8, 2025

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| JEFFREY J. FARNWORTH,<br>            Plaintiff,<br><br>v.<br><br>SEACORP, LLC<br>alias<br>            Defendant. | Civil Action No. 1:25-cv-00048 |

### [PROPOSED] SCHEDULING ORDER

**Smith, J.**

Pursuant to Fed. R. Civ. P. 16(b) the Court issues the following Scheduling Order in this matter:

1. **Initial Disclosures**. Initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by this Court's Notice of Scheduling Conference must be completed by **July 28, 2025.**

2. **Amendments to Pleadings**. Amended pleadings and joinder of parties are due by **September 8, 2025**.  Thereafter, amended pleadings and joinder of parties may be sought by the parties with leave of Court.

3. **Fact Discovery**.  All discovery, other than expert discovery, must be completed by **April 14, 2026.**

4. **Status Conference**. A status conference will be held on a date to be determined by the Court.

5. **Expert Discovery**.

    a)  Plaintiff shall make his expert witness disclosures by: **May 14, 2026.**

    b)  Defendant shall make its expert witness disclosures by: **June 15, 2026.**

    c)  All expert discovery shall be completed by: **July 15, 2026.**

6. **Dispositive Motions**.

    a)  Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by **August 15, 2026.**

    b)  Oppositions to dispositive motions must be filed within <u>30</u> days after service of the motion.

_____, J.
United States District Judge