## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

JEFFREY J. FARNWORTH,

      Plaintiff,

v.                                                          Civil Action No. 1:25-cv-00048

SEACORP, LLC
alias

      Defendant.

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant SEACORP, LLC by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, submits this Corporate Disclosure Statement, stating as follows:

SEACORP, LLC is a wholly owned subsidiary of SEACORP Holdings LLC, which is owned by Kapco Management, Inc. and more than 10% of SEACORP, LLC is owned by KapCo Holdings.

                                        Respectfully Submitted,

                                        SEACORP, LLC,

                                        By its attorney,

                                        */s/ Robert H. Morsilli*
                                        Robert H. Morsilli. Esq. (#7999)
                                        Jackson Lewis, P.C.
.                                        75 Park Plaza, 4th Floor
                                        Boston, MA 02116
                                        (617) 305-1272
                                        Robert.morsilli@jacksonlewis.com

Dated: August 26, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on DATE


/s/ *Robert H. Morsilli*
Jackson Lewis P.C.