# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **JEFFREY J. FARNWORTH** | : | |
| *Plaintiff* | : | |
| | : | |
| **V.** | : | **C.A. NO.: 1:25-cv-00048-WES-PAS** |
| | : | |
| **SEACORP, LLC,** | : | |
| **alias** | : | |
| *Defendant* | : | |
| | : | |

## ENTRY OF APPEARANCE

I, **Danilo A. Borgas, Esq., of Sinapi Law Associates, Ltd.**, do hereby enter my appearance on

behalf of the **Plaintiff, JEFFREY J. FARNWORTH,** in the above-captioned matter.

Respectfully Submitted,

Plaintiff,
By his attorneys,
**SINAPI LAW ASSOCIATES, LTD.**

Dated:  February 4, 2026                **/s/ Danilo A. Borgas**
**Danilo A. Borgas, Esq. (#9403)**
2374 Post Road, Suite 201
Warwick, RI 02886
Phone:  (401) 739-9690
FAX:  (401) 739-9040
Email: dab@sinapilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **February 4, 2026**, a true copy of the within was filed electronically via the Court's CM/ECF System.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System.

**/s/Danilo A. Borgas, Esq.**