**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JEFFREY J. FARNWORTH    :
   *Plaintiff*      :
            :
V.           :   **C.A. NO.: 1:25-cv-00048-WES-PAS**
            :
SEACORP, LLC,     :
alias         :
   *Defendant*     :
            :

## WITHDRAWAL OF APPEARANCE

Now comes Joshua D. Xavier, Esq. and hereby withdraws his appearance as counsel for

the Plaintiff in the above-captioned civil action.

         Plaintiff,
         By his attorneys,
         **SINAPI LAW ASSOCIATES, LTD.**

**Dated:  February 11, 2026**   /s/ Joshua D. Xavier_____
         **Joshua D. Xavier, Esq.  (#9456)**
         2374 Post Road, Suite 201
         Warwick, RI 02886
         Phone:  (401) 739-9690; FAX:  (401) 739-9040
         Email: jdx@sinapilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **February 11, 2026**, a true copy of the within was filed electronically via the Court's CM/ECF System.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System.

         **/s/ Joshua Xavier, Esq._____**